UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALED GUL, on Behalf of Himself and All Others Similarly Situated, | § § § | |
| | § | Civil Action No. 4:18-cv-0219 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DYNEGY INC., ROBERT C. FLEXON, PAT WOOD III, HILARY E. ACKERMANN, PAUL M. BARBAS, RICHARD KUERSTEINER, JEFFREY S. STEIN, and JOHN R. SULT, | § § § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil

Procedure, Plaintiff Waled Gul ("Plaintiff") voluntarily dismisses his individual claims in the

captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his

claims on behalf of the putative class in the Action.  Because this notice of dismissal is being

filed with the Court before service by Defendants of either an answer or a motion for summary

judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED:  May 24, 2018.

Respectfully submitted,

_____
    /s/ Thomas E. Bilek
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950

Houston, TX  77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY  10036
Tel: (212) 682-3025
Fax: (212) 682-3010

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on May 24, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

/s/ *Thomas E. Bilek*
Thomas E. Bilek

2