United States District Court
Southern District of Texas
**ENTERED**
May 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALED GUD, on Behalf of Himself and All Others Similarly Situated, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-18-0219 |
| DYNEGY INC., *et al.*, Defendants. | § § § | |

## DISMISSAL ORDER

In accordance with Plaintiff Waled Gul's Notice of Dismissal [Doc. # 12], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Waled Gul's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of purported class members.

SIGNED at Houston, Texas, this 25th day of **May, 2018**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE